# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV78 | 9697441 | STAINES | S2824 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/14/2020 1529 | 32 CFR 234.17 (c)(1)(i) |

Place of Offense: BOUNDARY CHANNEL DR / LANE 41

Offense Description: Factual Basis for Charge — HAZMAT ☐

DRIVING UNDER THE INFLUENCE (ALCOHOL)

### DEFENDANT INFORMATION

Last Name: GREEN
First Name: MONTRELL  M.

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 94L 934 | WV | 02 | HONDA / ACCORD | | BLACK |

A ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314, 703-299-2100
Date: 12/17/2020
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9697441*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOVEMBER 14, 2020 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA.

ON NOVEMBER 14, 2020 AT APPROXIMATELY 1529 HOURS I, OFFICER STAINES (1107), CONDUCTED A TRAFFIC STOP ON THE PENTAGON RESERVATION ON BOUNDARY CHANNEL DRIVE ON A BLACK HONDA BEARING WEST VIRGINIA REGISTRATION (94L934) FOR SPEEDING AND THROWING A GREEN BOTTLE OUT OF THE PASSENGER SIDE OF THE VEHICLE. I IDENTIFIED THE DRIVER, MONTRELL M. GREEN, BY HIS WEST VIRGINIA DRIVERS LICENSE (G0T6084). UPON FURTHER INVESTIGATION, THE BOTTLE WAS A "JAMESON" WHISKEY BOTTLE. GREEN ADMITTED THAT WAS THE BOTTLE THAT WAS THROWN. SERGEANT COX (153) CONDUCTED A SERIES OF STANDARDIZED FIELD SOBRIETY TESTS ON GREEN, WHICH HE ATTEMPTED UNSATISFACTORILY. GREEN PROVIDED A PRELIMINARY BREATH TEST (PBT), WHICH WAS RECORDED A .175 BrAC.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2020
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident