# Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| FU 79 | 9697440 | STAINES | 52824 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐CFR ☐USC ☒State Code |
|---|---|
| 11/14/2020  1525 | 32 CFR 234.17(a)<br>VA 46.2-870 |

Place of Offense

Offense Description: Factual Basis for Charge

BOUNDARY CHANNEL DR / LANE 41

HAZMAT ☐

SPEEDING  $\frac{37}{25}$ mPH

@ 165.4 FEET                                              OL K2

## DEFENDANT INFORMATION

Last Name
GREEN

First Name
MONTRELL

M.I.
M.

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 94L 934 | WV | 02 | HOND/ACCURD | | BLACK |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____   Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____   Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314<br>703-299-2100 | 12/17/2020 |
| | Time  0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9697440*

(For issuance of an arrest warrant or summons)

I state that on NOVEMBER 14 , 20 20 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

ON NOVEMBER 14, 2020. AT APPROXIMATELY 1529 HOURS I, OFFICER STAINES (1107), WAS CONDUCTING STATIONARY SPEED ENFORCEMENT ON THE PENTAGON RESERVATION ON BOUNDARY CHANNEL DRIVE AT LANE 41. I OBSERVED A BLACK HONDA BEARING WEST VIRGINIA REGISTRATION (94L934), TRAVEL ON BOUNDARY CHANNEL DRIVE. I VISUALLY ESTIMATED THE SPEED OF THE VEHICLE TO BE GREATER THAN THE CLEARLY POSTED SPEED LIMIT OF 25 MPH. USING THE DEPARTMENT ISSUED LASER (LTI 20/20 TRUSPEED) (ETX00527A), I CLOCKED A SPEED OF 37 MPH AT 165.4 FEET. I INITIATED A TRAFFIC STOP AND IDENTIFIED THE DRIVER, MONTRELL M. GREEN BY HIS WEST VIRGINIA DRIVERS LICENSE (G056034).

THE LASER WAS TESTED BEFORE AND AFTER THE TRAFFIC STOP AND WAS WORKING PROPERLY.

The foregoing statement is based upon:

☑ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2020
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____              _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident