# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV78 | 9697442 | STAINES | 52824 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/14/2020  1529 | 32 CFR 234.17 (c)(1)(ii) |

Place of Offense: BOUNDARY CHANNEL DR / LANE 41

Offense Description; Factual Basis for Charge: DRIVING WHILE INTOXICATED (ALCOHOL)

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: GREEN
First Name: MONTRELL
M.I.: M.

Tag No: 94L 934
State: WV
Year: 02
Make/Model: HOND/ACCORD
Color: BLACK

☒ A APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

☐ B APPEARANCE IS OPTIONAL

$ _____ Forfeiture Amount
$30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314, 703-299-2100

Date: 12/17/2020
Time: 0900

X Defendant Signature: [signed]

Original - CVB Copy

*9697442*

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOVEMBER 14, 20 20 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

ON NOVEMBER 14, 2020 AFTER BEING TAKEN INTO CUSTODY FOR DRIVING UNDER THE INFLUENCE (DUI), MONTRELL M. GREEN, IDENTIFIED BY HIS WEST VIRGINIA DRIVERS LICENSE (G056084), PROVIDED A BREATH SAMPLE OF 0.16 BrAC ON THE INTOXIMETER EC/IR II BREATH TEST MACHINE AT FORT MYER HENDERSON JB POLICE DEPARTMENT AT 1639 HOURS.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2020
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/23/2020 15:40