Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Montrell M. Green</u>                    Docket No.  <u>1:20PO1536</u>

### Petition on Probation

COMES NOW <u>Eddie Lawrence</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Montrell M. Green</u>, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge, sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>21st</u> day of <u>January, 2021</u>, who fixed the period of supervision at <u>twelve (12) months</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

### Please see Page 2.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
#### See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:**  2|1|22 @ 10am

**ORDER OF COURT**

Considered and ordered this 12th day of Ja ., 20 22 and ordered filed and made a part of the records in the above case.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2021

**Eddie Lawrence**  Digitally signed by Eddie Lawrence
Date: 2022.01.12 14:51:54 -05'00'

Eddie Lawrence
U.S. Probation Officer
Ph: (703) 299-2267
Place <u>Alexandria, Virginia</u>

**TO CLERK'S OFFICE**

Petition on Probation
Page 2
RE: Green, Montrell M.


OFFENSE: Driving Under the Influence, in violation of 32 CFR 234.17(c)(1)(i).

SENTENCE: One (1) year supervised probation.

SPECIAL CONDITIONS:

1) The defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office.

2) Commencing January 21, 2021 and continuing for ONE (1) YEAR, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office, and ASAP, (c) to and from job interviews with a schedule provided to and approved in advance by probation, and (d) to and from children's school and their home per the schedule provided to and approved in advance by probation.

3) The defendant shall serve FIVE (5) days in home confinement with electronic monitoring at a level the probation officer deems appropriate and with timeouts as directed.

4) The defendant shall pay a $150 fine, and a $30.00 processing fee, and a $10.00 special assessment as to Count 9697441 to be paid by March 21, 2021.

ADJUSTMENT TO SUPERVISION:

Mr. Green commenced supervision in the District of Columbia where he currently resides and is being supervised.

Mr. Green's overall level of compliance remains unsatisfactory. Thus far, Mr. Green has paid $25 towards his Court-ordered financial obligation, despite having been provided with instructions on multiple occasions, verbally reprimanded, and informed of the consequences of failing to comply. While he remains unemployed, it is unclear if he has other sources of income.

Further, Mr. Green failed to enroll in ASAP as instructed. As a result, he was referred to drug and alcohol treatment at Community Connections, Inc., where he has been receiving life skills, career counseling, housing assistance, and mental health services since 2017. He is currently engaged in mental health counseling and medication management due to his diagnoses of Post-Traumatic Stress Disorder.

The supervising probation officer in the District of Columbia reports close collaboration with Mr. Green's case manager and clinical care coordinator to address his participation in treatment. However, given his lack of overall progress and pending expiration date of January 20, 2022, the probation officer believes Court intervention is warranted at this time, especially considering he previously received the benefit of a No Court Action Violation Report on October 29, 2021, for similar conduct.

Petition on Probation
Page 3
RE: Green, Montrell M.

<u>VIOLATIONS</u>: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION #1:**               **FAILURE TO SATISFACTORILY PARTICIPATE IN AN ALCOHOL TREATMENT PROGRAM.**

On August 4, 2021, Mr. Green began participating in drug and alcohol treatment at Community Connections, Inc. Due to lack of attendance and discrepancies at Community Connections, Inc., he was discharged as unsuccessful.

On October 21, 2021, Mr. Green was allowed re-admission into the drug and alcohol treatment at Community Connections, Inc. He participated in four sessions between October 21, 2021, and November 11, 2021. However, Mr. Green failed to participate in treatment until December 15, 2021.

**SPECIAL CONDITION #4:**               **FAILURE TO PAY FINE AS DIRECTED BY THE PROBATION OFFICER.**

Having been ordered by the Court to pay a $150 fine, a $30.00 processing fee, and a $10.00 special assessment fee, as to Count 9697441, to be paid by March 21, 2021, Montrell M. Green has failed to comply.

As of January 7, 2022, he has an outstanding balance of $200.25.

A $25.00 payment was processed on May 22, 2021. Of that amount, $10.00 was credited to satisfy his special assessment fee, and the remaining $15.00 credited towards his fine. Due to his failure to pay by the instructed date, interest was assessed to his total amount.

EL/lmg/be